■ In the Matter of BRUCE ALBALADEJO, Petitioner, v NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION et al., Respondents. [999 NYS2d 769]—Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a de-

termination of the Commissioner of Corrections and Community Supervision which found petitioner guilty of violating a prison disciplinary rule.

Petitioner challenges a determination finding him guilty of drug use after his urine sample tested positive for the presence of THC. The Attorney General has advised this Court that the determination at issue has been administratively reversed, all references thereto expunged from petitioner's institutional record and the mandatory surcharge refunded to his inmate account. Although not mentioned by the Attorney General, we note that "any loss of good time incurred by petitioner as a result of the determination should be restored" (*Matter of Benitez v Fischer*, 118 AD3d 1237, 1238 [2014] [internal quotation marks and citations omitted]). Otherwise, petitioner has received all the relief to which he is entitled and the petition must be dismissed as moot (*see Matter of Martinez v Prack*, 120 AD3d 1467, 1467 [2014]).

Peters, P.J., McCarthy, Rose and Clark, JJ., concur. Adjudged that the petition is dismissed, as moot, without costs.